MILDRED COHEN, Respondent, *v.* CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.

*Cohen* v. *Consolidated Gas Co.*, 137 App. Div. 213, affirmed. (Argued May 18, 1911; decided June 6, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*John A. Garver* for appellant.

*Nicholas W. Hacker* and *James C. Foley* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not sitting: GRAY, J.